Name _Brian mitchell Smith_

Mailing address _P.O. Box 235_

City, State, Zip _Talkeetna     AK     99676_

Telephone _907- 203-5505_

RECEIVED

AUG 3 1 2023

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Brian Mitchell Smith_,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

_Pursuit Collections_,

_Alaska Talkeetna Lodge_,

_____,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _3.23.CV-00197-SLG_
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of _Brian Mitchell Smith_,
(print your name)

who presently resides at _P.O. Box 235, Talkeetna AK 99676_,
(mailing address)

were violated by the actions of the individual(s) named below.

Cristopher Moraga, Temile wise, Desere' Tuares

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Christopher  Moraga_ is a citizen of
_C A_ , and is employed as a _Bell Staff_ .
(state)          (name)          (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Temiel  Wise_ is a citizen of
_A K_ , and is employed as a _Administrator_ .
(state)          (name)          (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Desere  Tuares_ is a citizen of
_N/A_ , and is employed as a _Payroll Clerk_ .
(state)          (name)          (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about _____8-23-2022_____, my civil right to
(Date)

_Incentive Bonus, Offer For Rehire / Unlawful Termination_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____Alaska Talkeetna Lodge / Pursuit Collection_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On 7/8/2022 I was hired by Temiel Wise to work as bellstaff at the Alaska talkeetna lodge. My supervisor Christopher Moraga and I discussed my two weeks notice because I would be leaving to go up to the North Slope Prudoe bay area for the Cold Season. He did not relay the information I provided him with to our Manager Ashley although he lied and said he did. Christopher assured me I would recieve my 5% bonus of $12,680.00 in october and that my offer for rehire was good for the 2023 Season with an additional 10% bonus at the end of the Season. No money for the bonus was ever deposited into my account. So I got in touch with Anna, one of the desk managers and they falsly accused me of abandoning my position and ranting. My offer for rehire was rescinded without justification and I never recieved my end of the Season bonus. After I did everything I was obligated to do under Contract the Talkeetna Alaska lodge breached the terms of my employment Contract and put me in a serious bind.

Claim 2: On or about _____, my civil right to
                              (Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List **only one** violation.)

was violated by _____
                        (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2.   State what
happened briefly and clearly, in your own words.   Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Claim 3: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what
happened briefly and clearly, in your own words.  Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes ✓ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _____90,000.00 usd_____

2. Punitive damages in the amount of $ 90,000.00

3. An order requiring defendant(s) to Make an offer for rehire

4. A declaration that My employment Contractual Obligations were fulfilled.

5. Other: _____

Plaintiff demands a trial by jury. ___X___ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at 38437 S missoula walk _____ on 8/26/2023
          (Location)                   (Date)

Brian m Smith
(Plaintiff's Original Signature)

Brian m Smith          8/26/2023
Original Signature of Attorney (if any)     (Date)

_____

_____

_____

Attorney's Address and Telephone Number

Brian Mitchell Smith
P.O. Box 235
Talkeetna AK 99676



United States District court
222 west 7th Avenue #4
Anchorage AK, 99513-7564